**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, NORTHERN DIVISION**

| | |
|---|---|
| **Life Science Institute, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**Knotted Industries, LLC,**<br><br>Defendant. | Civil Action No. 1:24-cv-00152<br><br>Judge Robert J. Shelby |

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff, Life Science Institute, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby files this notice of dismissal of this action **without** prejudice, each party to bear its own costs and expenses. The dismissal is appropriate because Defendant has not filed or served either an answer or a motion for summary judgment.

Date: December 12, 2024

Respectfully submitted,

*/s/* Terrence J. Edwards

Terrence J. Edwards
TechLaw Ventures, PLLC
3290 W. Mayflower Ave.
Lehi, Utah 84043
801.854.7675
terrence@techlawventures.com

***Attorneys for Life Science Institute, LLC***